UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVARIS LEE,

    Plaintiff,

v.                                          Case No. 3:13cv633/LC/CJK

C. BLACKMON, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 13, 2015 (doc. 28), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 28) is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (doc. 20) is GRANTED and this action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted (failure to exhaust available administrative remedies), but the dismissal is WITHOUT PREJUDICE.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of March, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**